# IN THE SUPREME COURT OF THE STATE OF NEVADA

GUETATCHEW FIKROU,
          Appellant,

vs.

THE BANK OF NEW YORK MELLON,
          Respondent.

No. 79239

**FILED**

FEB 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order vacating an appeal and dismissing case. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No appeal is permitted from a district court order resolving an appeal from a justice court order. *See* Nev. Const. art 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (the district courts have final appellate jurisdiction over cases arising in justice court). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
   Gibbons

_____, J.
Stiglich

_____, J.
   Silver

20-06463

cc:    Hon. Timothy C. Williams, District Judge
Guetatchew Fikrou
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A